MAYOR AND COUNCIL OF THE BOROUGH OF SOUTH
RIVER v. DAVID YANVARY.

September 28, 1987.

Petition for certification denied.

MAYOR AND COUNCIL OF THE BOROUGH OF SOUTH
RIVER v. ROBERT BODNAR.

September 28, 1987.

Petition for certification denied.

SHORT HILLS WEST LTD. v. THE COUNTY OF ESSEX
OF THE STATE OF NEW JERSEY.

September 28, 1987.

Petition for certification denied.

SANDRA ROBINSON v. PHILLIP ROBINSON.

September 28, 1987.

Petition for certification denied.